AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| May, Leigh M. | U.S. District Court, Northern District of Georgia | 05/09/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active Status | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

2167 United States Courthouse
75 Ted Turner Dr. SW
Atlanta, Ga 30303-3309

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2014 | Agreement with former law firm, Butler, Wooten, Cheeley and Peak, for payment of fees from work performed prior to judicial service |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| May, Leigh M. | 05/09/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | self-employed as an architect |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. University of Alabama | March 24-26, 2015 | Tuscaloosa, AL | Judge moot court tournament | Transportation, meals, hotel |
| 2. Federal Judges Association | April 14-15, 2015 | Washington, DC | Attend board meeting | Transportation, meals, hotel |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| May, Leigh M. | 05/09/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| May, Leigh M. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Brokerage Account # 1 | | | | | | | | | |
| 2.  - Lowes Companies Inc. - Stock | A | Dividend | L | T | | | | | |
| 3.  - Wal-Mart Stores Inc. - Stock | A | Dividend | K | T | | | | | |
| 4.  - Conoco Phillips - Stock | A | Dividend | J | T | | | | | |
| 5.  - Bank of Nova Scotia - Stock | A | Dividend | J | T | | | | | |
| 6.  - Emerson Electric Company - Stock | A | Dividend | J | T | | | | | |
| 7.  - Expeditors International of Washington - Stock | A | Dividend | J | T | | | | | |
| 8.  - General Electric Company - Stock | A | Dividend | J | T | | | | | |
| 9.  - Graco Inc. - Stock | A | Dividend | J | T | Buy | 03/20/15 | J | | |
| 10. - Kirby Corp. - Stock | | None | J | T | Buy | 12/29/15 | J | | |
| 11. - Precision Castparts - Stock | A | Dividend | J | T | Buy | 07/28/15 | J | | |
| 12. - United Parcel Services - Stock | A | Dividend | J | T | | | | | |
| 13. - Apple Inc. - Stock | A | Dividend | K | T | | | | | |
| 14. - Linear Technology - Stock | A | Dividend | J | T | Buy | 04/28/15 | J | | |
| 15. - Noble Group Ltd - Stock | A | Dividend | J | T | | | | | |
| 16. - Stepan Co. - Stock | A | Dividend | J | T | | | | | |
| 17. - Marathon Value Portfolio - Mutual Fund | A | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| May, Leigh M. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 01/15/15 | J | | |
| 19. | | | | | Buy (add'l) | 12/14/15 | J | | |
| 20. | | | | | Buy (add'l) | 12/14/15 | J | | |
| 21. - Plum Creek Timber Co. - Real Estate Investment Trust | A | Distribution | K | T | | | | | |
| 22. - AT&T Inc. - Bond | | None | K | T | Buy | 12/17/15 | J | | |
| 23. - Avnet Inc. Senr Notes - Bond | | None | J | T | Buy | 09/21/15 | J | | |
| 24. - Kinder Morgan Fin Co. - Bond | | None | J | T | Buy | 10/23/15 | J | | |
| 25. - Mohawk Industries - Bond | A | Interest | J | T | Buy | 02/02/15 | J | | |
| 26. - Valspar Corp. - Bond | | None | K | T | Buy | 12/08/15 | K | | |
| 27. - US Treasury Note - 2.0 2/15/23 | A | Interest | K | T | Buy | 02/09/15 | K | | |
| 28. - US Treasury Note .625 2/15/17 | A | Interest | K | T | | | | | |
| 29. - FNMA Ser 2010-120 - Mortgage Backed Security | A | Distribution | K | T | | | | | |
| 30. - FNMA Ser 785239 - Mortgage Backed Security | B | Distribution | K | T | Buy | 01/14/15 | K | | |
| 31. - Georgia Municipal Electric Authority - Bond | A | Interest | J | T | | | | | |
| 32. - Georgia Municipal Electric Authority RV 5.0 - Bond | A | Interest | J | T | Buy | 02/05/15 | J | | |
| 33. - Georgia Municipal Electric Authority RV 4.0 - Bond | A | Interest | J | T | | | | | |
| 34. - Georgia State G.O. UTX 5.0 3/1/20 - Bond | A | Interest | J | T | Buy | 04/17/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| May, Leigh M. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Georgia State G.O. UTX 5.0 9/1/15 - Bond | A | Interest | | | Matured | 09/01/15 | J | | |
| 36. - Georgia State Road/Tollway Authority 5.0 6/1/15 - Bond | A | Interest | | | Matured | 06/01/15 | J | | |
| 37. - Georgia State Road/Tollway Authority 5.0 6/1/16 - Bond | | None | J | T | Buy | 11/02/15 | J | | |
| 38. - Thomasville, Georgia - Bond | B | Interest | K | T | | | | | |
| 39. - Indiana State Municipal Power Agency - Bond | | None | J | T | Buy | 01/02/15 | J | | |
| 40. - Maine State Housing Authority - Bond | A | Interest | J | T | | | | | |
| 41. - Michigan State Building Authority 10/15/21 - Bond | | None | K | T | Buy | 10/29/15 | K | | |
| 42. - Missouri State Municipal Electric - Bond | A | Interest | J | T | Buy | 03/17/15 | J | | |
| 43. - Alvin, Texas School District - Bond | A | Interest | J | T | Buy | 03/26/15 | J | | |
| 44. - Fort Bend County, Texas - Bond | A | Interest | K | T | | | | | |
| 45. - New Caney, Texas School District - Bond | | None | J | T | Buy | 03/20/15 | J | | |
| 46. - Sienna Plantation, Texas - Bond | A | Int./Div. | K | T | | | | | |
| 47. - Merchants Bank - CD | A | Interest | | | Matured | 01/12/15 | K | | |
| 48. - HCA Inc - Note | A | Interest | | | Matured | 01/15/15 | J | | |
| 49. - Barrow County, Georgia - Bond | B | Interest | | | Buy | 01/23/15 | K | | |
| 50. | | | | | Redeemed | 10/01/15 | K | | |
| 51. - Douglasville, Georgia Water - Bond | A | Interest | | | Buy | 01/26/15 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| May, Leigh M. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Redeemed | 12/01/15 | K | | |
| 53. - Goldman Sachs Group - Note | A | Interest | | | Buy | 01/30/15 | J | | |
| 54. | | | | | Matured | 09/15/15 | J | | |
| 55. - Petrobras International - Note | A | Interest | | | Matured | 02/06/15 | K | | |
| 56. - Gainesville, Georgia Water and Sewer 4.0 11/15/15 - Bond | A | Interest | | | Buy | 02/27/15 | J | | |
| 57. | | | | | Matured | 11/15/15 | J | | |
| 58. - Bank of America 4.2 - CD | A | Interest | | | Matured | 03/15/15 | J | | |
| 59. - Massachusetts State Housing Financial Agency - Bond | A | Interest | | | Buy | 03/24/15 | J | | |
| 60. | | | | | Matured | 10/01/15 | J | | |
| 61. - Bank of America 4.0 - CD | A | Interest | | | Matured | 04/15/15 | J | | |
| 62. - Freeport McMoran Inc. - Stock | A | Dividend | | | Sold (part) | 04/28/15 | J | A | |
| 63. - JP Morgan Chase 5.25 5/1/15 - Note | A | Interest | | | Matured | 05/01/15 | K | | |
| 64. - Gainesville, Georgia Water and Sewer 4.0 11/15/18 - Bond | A | Interest | | | Buy | 05/04/15 | J | | |
| 65. | | | | | Redeemed | 11/15/15 | J | | |
| 66. - Freeport McMoran Inc. - Stock | A | Dividend | | | Sold (part) | 10/08/15 | J | B | |
| 67. - Coca-Cola HBC Fin - Bond | A | Interest | | | Matured | 09/17/15 | J | | |
| 68. - Zions Bancorp 6.0 9/1/15 - Note | A | Interest | | | Matured | 09/15/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| May, Leigh M. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Freeport McMoran Inc. - Stock | A | Dividend | | | Sold | 10/08/15 | J | C | |
| 70. - Atlanta and Fulton County, Georgia Rec 4.25 12/1/21 - Bond | A | Interest | | | Redeemed | 12/01/15 | J | | |
| 71. - Schwab Cash Account | B | Int./Div. | M | T | | | | | |
| 72. IRA # 1 | | | | | | | | | |
| 73. - Polaris Industries Inc - Stock | A | Dividend | J | T | Buy | 07/22/15 | J | | |
| 74. - Emerson Electric Company - Stock | | None | J | T | Buy | 09/02/15 | J | | |
| 75. - Fastenal Company - Stock | A | Dividend | J | T | Buy | 10/16/15 | J | | |
| 76. - Carnival Corporation - Bond | A | Interest | J | T | Buy | 05/28/15 | J | | |
| 77. - DDR Corp. - Bond | | None | K | T | Buy | 10/13/15 | K | | |
| 78. - Embraer Overseas Ltd - Bond | A | Interest | J | T | | | | | |
| 79. - Freeport McMoran 2.3 11/14/17 - Bond | A | Interest | J | T | Buy | 02/02/15 | J | | |
| 80. - Greif Brothers Note - Bond | A | Interest | J | T | | | | | |
| 81. - International Paper - Bond | B | Interest | K | T | Buy | 04/20/15 | J | | |
| 82. - Mondelez International - Bond | A | Interest | J | T | | | | | |
| 83. - Newell Rubbermaid - Bond | A | Interest | J | T | | | | | |
| 84. - Verizon Community Notes - Bond | A | Interest | J | T | Buy | 08/26/15 | J | | |
| 85. - Weyerhaeuser Co. - Bond | B | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| May, Leigh M. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Yum Brands, Inc. - Bond | | None | J | T | Buy | 12/11/15 | J | | |
| 87. - FHLMC 1.5 2/11/25 - Bond | A | Interest | J | T | Buy | 02/06/15 | J | | |
| 88. - Merchants Bank - CD | A | Interest | | | Matured | 01/12/15 | K | | |
| 89. - Vulcan Materials - Note | A | Interest | | | Buy | 01/22/15 | K | | |
| 90. | | | | | Redeemed | 04/16/15 | J | | |
| 91. - Lennar Corp - Note | A | Interest | | | Matured | 05/31/15 | J | | |
| 92. - Exelon Corp. - Bond | A | Interest | | | Buy | 01/20/15 | J | | |
| 93. | | | | | Matured | 06/15/15 | J | | |
| 94. - Noble Holding International - Bond | A | Interest | | | Buy | 02/03/15 | J | | |
| 95. | | | | | Matured | 08/01/15 | J | | |
| 96. - Bank of America - Bond | A | Interest | | | Matured | 08/15/15 | J | | |
| 97. - Aon Corp. - Bond | A | Interest | | | Buy | 02/17/15 | J | | |
| 98. | | | | | Matured | 09/30/15 | J | | |
| 99. - JP Morgan Chase and Co. - Note | A | Interest | | | Matured | 10/01/15 | J | | |
| 100. - Jefferies Group NTS - Bond | A | Interest | | | Matured | 11/09/15 | J | | |
| 101. - Church and Dwight Co. - Bond | A | Interest | | | Matured | 12/15/15 | J | | |
| 102. - Thermo Fisher Scientific - Bond | A | Interest | | | Buy | 06/25/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| May, Leigh M. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Redeemed | 12/15/15 | J | | |
| 104. - Charles Schwab Cash Account | A | Interest | J | T | | | | | |
| 105. IRA # 2 | | | | | | | | | |
| 106. - US Bancorp - Stock | A | Dividend | K | | | | | | |
| 107. - Intel Corp. - Stock | A | Dividend | J | | | | | | |
| 108. - American Century - Mutual Fund | | None | J | | | | | | |
| 109. - Marathan Value Portfolio - Mutual Fund | A | Dividend | K | | Buy (add'l) | 12/14/15 | J | | |
| 110. - Global Gold Fund - Mutual Fund | | None | J | | | | | | |
| 111. - Greif Brothers Notes - Bond | A | Interest | J | | | | | | |
| 112. - Charles Schwab Cash Account | A | Interest | J | | | | | | |
| 113. Bank of America Cash Accounts | A | Interest | M | T | | | | | |
| 114. Real Estate | | | | | | | | | |
| 115. - Primary Home | | | O | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| May, Leigh M. | 05/09/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investments and Trusts

Items 29 and 30 are Mortgage Backed Securities. There were paydowns of these securities on the 25th of each month during 2015. Each paydown except for the one made on 11/25/15 was less than $1000. The paydown on 11/25/15 was $1,370.19.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Leigh M. May**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544